UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANN MARIE ROSE BAKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-08-1908 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER HOUSTON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff's Motion to Continue the initial pretrial and scheduling conference currently set for September 15, 2008, at 4:30 p.m. (by telephone) is granted.

The initial pretrial and scheduling conference **is RESET to December 8, 2008 at 4:30 p.m.** and will be handled as a **telephone conference.** Counsel for plaintiff is responsible for placing the conference call and insuring that all parties are on the line. The call shall be placed to (713) 250-5613.

The parties must comply with Fed. R. Civ. P. Rule 26(f) and shall prepare not less than ten (10) days before the conference a joint report of meeting and joint discovery/case management plan.

SIGNED and ENTERED this 8th day of September, 2008.

_____
Kenneth M. Hoyt
United States District Judge