UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANN MARIE ROSE BAKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-08-1908 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER HOUSTON, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON December 8, 2008 at 4:30 p.m.**

Appearance for Plaintiff            Appearance for Defendant

Anthony P. Griffin                  Marion Sam Lively

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | June 1, 2009 |
| Report furnished by: | June 1, 2009 |
| Defendant's experts to be designated by: | July 15, 2009 |
| Report furnished by: | July 15, 2009 |
| Discovery to be completed by: | September 1, 2009 |
| Dispositive motions due by: | September 30, 2009 |
| Docket call to be held at 11:30 a.m. on: | November 2, 2009 |
| Estimated trial time: 2 - 3 days | Jury |

The following rulings were made:

The initial disclosures are due on or before December 17, 2008, pursuant to FRCP 26(f).

The defendant has raised as a defense, qualified or absolute immunity. Any such defense shall be briefed and presented to the Court on or before February 28, 2009.

It is so ORDERED.

SIGNED and ENTERED this 10th day of December, 2008.

_____
Kenneth M. Hoyt
United States District Judge