EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 460-2008-00589 |

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.)
Dr. Ann Marie R. Baker

**Home Phone No. (Incl Area Code)**
(281) 542-1266

**Date of Birth**
10-16-1969

**Street Address**
8635 Lazybrook Lane

**City, State and ZIP Code**
Houston, TX 77057

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**
UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER HOUSTON

**No. Employees, Members**
500 or more

**Phone No. (Include Area Code)**
(713) 500-5800

**Street Address**
6431 Fannin Street MSB 312.2

**City, State and ZIP Code**
Houston, TX 77030

**EXHIBIT 2**

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 04-01-2006
Latest: 11-05-2007
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

In 2004, I was diagnosed with two medical illnesses resulting in me suffering with physical disabilities/limitations. After June 2006, my reasonable accommodation/restrictions were met with resistance and given no merit. In April 2006, during my first NICU rotation, Dr. Woldesenbet my Attending Physician, never accepted my restrictions resulting in a passing, yet first poor evaluation that served as the catalyst to many further events including a hostile working environment. In January 2007, Dr. Crandell called me in for a meeting to discuss my performance. From that point on during various meetings Dr. Crandell accused me of being unprofessional, malingering, even after being given accommodations previously, being lazy and medically incompetent. In a meeting April 2007, I was subjected to derogatory comments and harassment by Dr. Woldesenbet and Dr. Crandell. Dr. Crandell decided that I was not disabled and was "weaseling out of work." Dr. Crandell extended my residency multiple months with multiple inaccuracies in the reasoning. On April 23, 2007, Dr. Crandell pulled me from a NICU rotation and placed me on medial leave. I was not told how long I would be on medical leave. I was informed that I needed to see a Child/Adult Psychiatrist and a competent Internist to evaluate my overall health and to improve my NICU knowledge by reading the remainder of the month. I returned to clinical duties on May 10, 2007. On September 30, 2007, I was finally able to complete my residency after enduring extended rotation times and severe adverse treatment because of my medical condition. Although I was able to receive my certificate of completion, at the present time, I do not have a Texas state licence to practice medicine or a secured position. Dr. Crandell's adverse actions have affected my career, health and finances including my family's financial stability.

I believe that I have been discriminated against by because of my medical condition in violation of the Americans with Disabilities Act of 1990 as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 05, 2007
*Date*    *Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
November 9, 2007

[Notary stamp: MARIA ESTHER GUERRA, MY COMMISSION EXPIRES March 15, 2011]