IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANN MARIE ROSE BAKER, M.D., | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:08-CV-1908 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER - HOUSTON AND | § | |
| THE UNIVERSITY OF TEXAS SYSTEM | § | |
| MEDICAL FOUNDATION, | § | |
| DEFENDANTS | § | JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANTS' MOTION FOR DISMISSAL

BE IT REMEMBERED that on this day, the Court considered the Defendants' Motion for Dismissal and all responses thereto.  Having considered said motion and responses, the Court is of the opinion that the Defendants' motion should be in all respects **GRANTED.**

IT IS THEREFORE ORDERED that Defendants' Motion for Dismissal is hereby **GRANTED.**

IT IS FURTHER ORDERED that Plaintiff's claims of violations of the Americans with Disability Act, Title I (ADA) and all other claims requesting relief are hereby **DISMISSED**.

**SO ORDERED.**

SIGNED THIS _____ DAY OF _____, 2009.

_____
**HON. KENNETH M. HOYT**
United States District Judge