AFFIDAVIT OF ANTHONY P. GRIFFIN

STATE OF TEXAS

COUNTY OF GALVESTON

On this the 21st day of March, 2009, came on before the undersigned authority, the affiant, ANTHONY P. GRIFFIN, who stated under oath that the attachments herein are true and correct copies of documents provided in discovery and/or documents tendered by the client and/or EEOC with respect to the underlying EEOC charge.  Affiant also affirms that the facts associated in the Complaint are true and correct with respect to the dates obtained in the initial interview with the client and the information contained on documents tendered by the client in the initial interview (original envelope reflecting the mailing date).  Affiant affirms that his interview notes reflect that the client did not record the date of receipt but related that the document was received two to three days after the postmark date. Affiant affirms that he has not located the document among his papers and does not know whether the attachment was destroyed in the storm waters (Hurricane Ike), but has a call out to his client to have her search her records for a copy of the subject document (thus the request for

additional time to supplement the response with the Plaintiff's affidavit and a copy of the envelope).

    Affiant swears and affirms with full recognition of the pains and penalties of perjury.

/S/ ANTHONY P. GRIFFIN
_____

ANTHONY P. GRIFFIN

    SUBSCRIBED AND SWORN TO BEFORE ME on this the 21st day of March, 2009.

/S/ RITA WESTERMAN
_____

RITA WESTERMAN

NOTARY EXPIRES:   __06/5/2010____