# University of Texas System Medical Foundation

6431 Fannin Street, Suite JJL-310 / Houston, TX 77030 / Tel. (713) 500-5243 / Fax. (713) 500-0699

January 4, 2008

Marilyn Blackshear, Investigator
Equal Employment Opportunity Commission
Houston District Office
1919 Smith Street, 7th Floor
Houston, Texas 77002

Re:   EEOC Charge Number 460-2008-00589
      Ann Marie R. Baker, M.D.

Dear Ms. Blackshear:

I have enclosed a position statement and supporting documentation in response to the above-referenced charge of discrimination. Although the Charge was filed naming The University of Texas Health Science Center at Houston (UTHSC-H) as Respondent, the Charge was forwarded to this office, because UTHSC-H did not employ Complainant. The University of Texas System Medical Foundation employed Complainant, and is the appropriate and proper Respondent to this Charge. If you have any questions or need additional information, please feel free to contact me at (713) 500-5517.

Sincerely,

David Kusnerik

Enclosure