```
              IN THE UNITED STATES DISTRICT COURT

             FOR THE SOUTHERN DISTRICT OF TEXAS

                       HOUSTON DIVISION

ANN MARIE ROSE BAKER, M.D.,
         PLAINTIFF,

V.                          CIVIL ACTION NO. 4:08-CV-1908

UNIVERSITY OF TEXAS HEALTH SCIENCE
CENTER – HOUSTON AND THE UNIVERSITY OF
TEXAS SYSTEM MEDICAL FOUNDATION,
         DEFENDANTS.
```

ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Defendants' Motion to Dismiss is denied.

DONE AT HOUSTON, TEXAS on this the ___ day

_____, 2009.


                                  _____
                                       KENNETH M. HOYT
                                  UNITED STATES DISTRICT JUDGE