IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

ANN MARIE ROSE BAKER, M.D.,
    PLAINTIFF,

V.                        CIVIL ACTION NO. 4:08-CV-1908

UNIVERSITY OF TEXAS HEALTH SCIENCE
CENTER - HOUSTON AND THE UNIVERSITY OF
TEXAS SYSTEM MEDICAL FOUNDATION,
    DEFENDANTS.

<u>ORDER DENYING DEFENDANTS' MOTION TO DISMISS</u>

Defendants' Motion to Dismiss is denied.

DONE AT HOUSTON, TEXAS on this the 2nd day April, 2009.

KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE