IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANN MARIE ROSE BAKER, M.D., | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:08-CV-1908 |
| | § | |
| THE UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT HOUSTON AND | § | |
| THE UNIVERSITY OF TEXAS SYSTEM | § | |
| MEDICAL FOUNDATION, | § | |
|     *Defendants.* | § | |

# DEFENDANTS' MOTION TO COMPEL

TO THE HONORABLE JUDGE KENNETH M. HOYT:

COME NOW Defendants The University of Texas Health Science Center At Houston and the The University of Texas Medical Foundation and file this their Motion to Compel. In support thereof, Defendants respectfully show the Court the following:

## I.

On March 27, 2009, the Defendants sent by certified mail, return receipt requested Defendants' First set of Interrogatories and First Requests for Production to Plaintiff's attorney. *See* Exhibit A, certified mail receipt. Despite attempts via telephone and mail by the undersigned counsel to obtain responses to these discovery requests, as of the drafting of this motion , no responses or objections whatsoever have been forthcoming *See* Exhibit B, Lively letter to Griffin dated May 18, 2009.

## II.

On May 22, 2009, a second set of Interrogatories and Requests for Production were likewise mailed to Plaintiff's counsel by certified mail. *See* Exhibit A. Again, to date, there have

been no responses or objections at all despite phone conversations with the Plaintiff's attorney's office requesting responses to the discovery requests.

### III

Defendants need these responses to evaluate and defend the case filed by Plaintiff. Defendants respectfully request this court for an order requiring the Plaintiff to fully and properly respond to all these discovery requests from Defendants without objection by a date certain.

WHEREFORE, premises considered, Defendants request this court issue an order requiring Plaintiff, to fully and without objection, respond to the Defendants written discovery and that such responses to be delivered to Defendants by a date certain.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE, Chief
General Litigation Division

/s/ Sam Lively
**SAM LIVELY**
Assistant Attorney General
Texas Bar No. 12435300

Attorney in Charge
Southern District No. 918661
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone No. (512) 463-2120
Fax No. (512) 320-0667
*Attorneys for Defendant*s

### CERTIFICATE OF SERVICE

_____I hereby certify that a true and correct copy of the foregoing document has been sent via CM/ECF filing on 27th day of July, 2009 to the following individual:

Anthony P. Griffin
A Griffin Lawyers
1115 Moody
Galveston, TX 77550

    /s/ Sam Lively
**SAM LIVELY**
Assistant Attorney General

### Certificate of Conference

The above signed counsel for Defendant has attempted to resolve this discovery dispute with opposing counsel, but without success, thereby neccestating this motion.

    /s/ Sam Lively
**SAM LIVELY**
Assistant Attorney General