*A GRIFFIN LAWYERS*

---

*Galveston Island*
*Galveston, Texas 77550*

March 30, 2009 - 9:00 A.M.


TO:     SAM LIVELY
        ASSISTANT ATTORNEY GENERAL
        ATTORNEY GENERAL OF TEXAS - GREG ABBOTT
        OFFICE OF THE ATTORNEY GENERAL
        POST OFFICE BOX 12548
        AUSTIN, TEXAS   78711-2548
        512.320.0667

FROM:   ANTHONY P. GRIFFIN
        A GRIFFIN LAWYERS
        1115 MOODY
        GALVESTON, TEXAS   77550
        409.763.4102

   RE:  CIVIL ACTION NO. 4:08-CV-1908; ANN MARIE ROSE BAKER,
        M.D., PLAINTIFF V. UNIVERSITY OF TEXAS HEALTH SCIENCE
        CENTER, ET AL., DEFENDANTS; IN THE UNITED STATES
        DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS -
        HOUSTON DIVISION

        (DEPOSITIONS/DISCOVERY)

      NO. OF PAGES FAXED -    (inclusive of cover)

   (I write this document seeking dates for depositions of the
following below stated persons. The need the following
depositions, to-wit:

Tab A

First Group.

- David Kusnerik, Director, GME Programs (2 hours)[*]
- Dr. Crandell (1/2 day)
- Dr. Meslin Woldensenbet (2 hours)
- Dr. Tsakiri (1 hour)
- Dr. Michelle Barratt (1 hour).

Depending upon the discovery and extent of discovery with respect to the listed five (5) depositions above, we may find it necessary to take short depositions of all attendees of Plaintiff when she was in the program. The areas to cover are their reports, whether Dr. Baker failed their particular rotation, and general background information. The short depositions may include the following persons:

Second Group.

- Dr. Mark Hormann (30 - 45 minutes);
- Dr. Dr. Johnnie Frazier (30 - 45 minutes);
- Dr. Brenda Morris (30 - 45 minutes);
- Dr. J. Marc Rhoads (30 - 45 minutes);
- Dr. Jennifer Feldman (30 - 45 minutes);
- Dr. Nathaneil Strobel (30 - 45 minutes);
- Dr. Richard Frye (30 - 45 minutes);
- Dr. Deborah Brown (30 - 45 minutes);
- Dr. Thomas G. Cleary (30 - 45 minutes)
- Dr. Suzanne Lopez (30 - 45 minutes);
- Dr. James Stark (30 - 45 minutes);
- Dr. Mark Farnie (30 - 45 minutes);
- Dr. Mohammad Zuhri-Yafi (30 - 45 minutes);
- Dr. Lakshmi Atkur (30 - 45 minutes);
- Dr. Mohinder Thapar (30 - 45 minutes);
- Dr. Robin Williams (30 - 45 minutes);
- Dr. Laura Lingle (30 - 45 minutes);
- Dr. Laura Worth (30 - 45 minutes);
- Dr. Renee Madden (30 - 45 minutes);
- Dr. R. Beverly Raney (30 - 45 minutes);

---

[*] Anticipated time that will take to depose person.

- Dr. Cynthia Herzog (30 - 45 minutes);
- Dr. Rosemary M. Conlon (30 - 45 minutes);
- Dr. Kim Smith (30 - 45 minutes);
- Dr. John Sparks (30 - 34 minutes).

Third Group.

- Dr. Cea Tllis ( 1 hour)
- Dr. Laura Benjamin (1 hour)
- Dr. Jacie Ruggero (1 hour)
- Dr. Wen Pham (1 hour)

If you provide a couple of days in May that the first group of depositions can be done, it would be appreciated.  Thank you.)

If you have difficulty receiving this transmission or any part thereof, please call 409.763.0386.

XC:        DR. ANN MARIE BAKER
           2193 WEST MAPLE AVENUE
           FLINT, MICHIGAN   48507

           INTEROFFICE - LINDA GRIFFIN

           INTEROFFICE - MELISSA AZADEH

c:word.baker.ann.fax2_opposingcounsels.2008.3068