*A GRIFFIN LAWYERS*

*Galveston Island*
*Galveston, Texas 77550*

June 25, 2009 - 9:00 A.M.


TO:         SAM LIVELY
            ASSISTANT ATTORNEY GENERAL
            ATTORNEY GENERAL OF TEXAS - GREG ABBOTT
            OFFICE OF THE ATTORNEY GENERAL
            POST OFFICE BOX 12548
            AUSTIN, TEXAS  78711-2548
            512.320.0667

            ATTENTION:  LAURI RICHEY
                        LEGAL ASSISTANT

FROM:       ANTHONY P. GRIFFIN
            A GRIFFIN LAWYERS
            1115 MOODY
            GALVESTON, TEXAS  77550
            409.763.4102

   RE:      CIVIL ACTION NO. 4:08-CV-1908; ANN MARIE ROSE BAKER,
            M.D., PLAINTIFF V. UNIVERSITY OF TEXAS HEALTH SCIENCE
            CENTER, ET AL., DEFENDANTS; IN THE UNITED STATES
            DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS -
            HOUSTON DIVISION

            (REQUEST FOR RULE 11)

   NO. OF PAGES FAXED -    (inclusive of cover)

   (Counsel:  I write this document seeking an agreement to
extend the time an additional fifteen (15) days (until July 10,
2009) to provide Plaintiff's Answers to Defendant's Second Set
of Interrogatories and Plaintiff's Responses to Defendant's

Tab B

Second Request for Production.  Your signing in the space provided below to acknowledge your agreement would be greatly appreciated.

Thank you for your continued consideration in this matter.)

**AGREED:**

_____

SAM LIVELY

If you have difficulty receiving this transmission or any part thereof, please call 409.763.0386.

XC:       DR. ANN MARIE BAKER
          2193 WEST MAPLE AVENUE
          FLINT, MICHIGAN   48507

          INTEROFFICE – LINDA GRIFFIN

          INTEROFFICE – MELISSA AZADEH

c:word.baker.ann.fax3_opposingcounsels.2008.3068