UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANN MARIE ROSE BAKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-08-1908 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER HOUSTON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR EXPEDITED RESPONSE

The Defendants' Motion to Compel and to Extend Deadlines (#27) has been filed. A response to this motion is required on an expedited basis. The response is due no later than October 5, 2009.

SIGNED at Houston, Texas this 24th day of September, 2009.

_____
Kenneth M. Hoyt
United States District Judge