UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANN MARIE ROSE BAKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-08-1908 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER HOUSTON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

Pursuant to the Memorandum Opinion and Order entered in this case, the Court GRANTS the defendants' motion for summary judgment.

This is a Final Judgment.

SIGNED at Houston, Texas this 21st day of April, 2011.

_____
Kenneth M. Hoyt
United States District Judge